DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
CASSANDRA M. FERRANNINI (Bar No. 204277)
KAREN D. BETTENCOURT (Bar No. 232933)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
THOMAS WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSHUMANCE EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. PRICE; MARY ELLEN BREEN, in her capacity as the personal representative of the estate and as the beneficiary of DENNIS J. BREEN, deceased; THOMAS WATSON, and DOES 1-20,<br><br>Defendants. | Case No.  2:06-cv-00795-GEB-KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS WILLIAM J. PRICE, MARY ELLEN BREEN, AND THOMAS WATSON TO RESPOND TO AMENDED COMPLAINT FOR VIOLATIONS OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974** |

Pursuant to Eastern District of California Local Rule 6-144(a), Plaintiff Transhumance Employee Stock Ownership Plan and Defendants William J. Price; Mary Ellen Breen, in her capacity as the personal representative of the estate and as the beneficiary of Dennis J. Breen; and Thomas Watson ("Defendants"), by and through their respective counsel, hereby stipulate to extend the time for each of the Defendants to file a response to the Amended Complaint for Violations of the Employee Retirement Income Security Act of 1974 ("Amended Complaint") by ten (10) days.

Therefore, it is agreed that the Defendants shall have up to and including June 16, 2006 to respond to Plaintiff's Amended Complaint.

781904.2

1

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED:

2  DATED:  June ___, 2006                THELEN REID & PRIEST LLP

3

4                                         By:_____
                                              CHARLES M. DYKE
5                                             Attorneys for Plaintiff
                                              TRANSHUMANCE EMPLOYEE STOCK
6                                             OWNERSHIP PLAN

7

8  DATED:  June ___, 2006                SEGAL & KIRBY

9

10                                        By:_____
                                              JAMES R. KIRBY, II
11                                            Attorneys for Defendant
                                              WILLIAM J. PRICE

12

13  DATED:  June ___, 2006               PILLSBURY, WINTHROP, SHAW, PITTMAN LLP

14

15                                        By:_____
                                              MICHAEL J. DAPONDE
16                                            Attorneys for Defendant
                                              MARY ELLEN BREEN, in her capacity as the
17                                            personal representative of the estate and as the
                                              beneficiary of DENNIS J. BREEN

18  DATED:  June ___, 2006               DOWNEY BRAND LLP

19

20                                        By:_____
21                                            CASSANDRA M. FERRANNINI
                                              Attorneys for Defendant
22                                            THOMAS WATSON

23

24  **IT IS SO ORDERED:**

25  DATED:  June 2, 2006

                                              /s/ Garland E. Burrell, Jr.
26                                        _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge
27

28

781904.2                                2

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com