DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
CASSANDRA M. FERRANNINI (Bar No. 204277)
KAREN D. BETTENCOURT (Bar No. 232933)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
THOMAS WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF EVANSON; LES OESTERREICH; and KAREN O'BRINE, trustees of the Transhumance Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM J. PRICE; MARY ELLEN BREEN, in her capacity as the personal representative of the estate and as the beneficiary of DENNIS J. BREEN, deceased; THOMAS WATSON, and DOES 1-20,<br><br>Defendants. | Case No.  2:06-cv-00795-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS WILLIAM J. PRICE, MARY ELLEN BREEN, AND THOMAS WATSON'S MOTIONS TO DISMISS** |

Pursuant to Eastern District of California Local Rules 83-143 and 78-230(g), Plaintiffs Jeff Evanson, Les Oesterreich, and Karen O'Brine ("Plaintiffs") and Defendants William J. Price, Mary Ellen Breen, and Thomas Watson ("Defendants"), by and through their respective counsel, hereby stipulate to continue the hearing on Defendants' motions to dismiss Plaintiffs' second amended complaint (the "Motions").

The Motions are currently scheduled for hearing on August 21, 2006.  However, because Plaintiffs' counsel is unavailable on that date, the parties agree to continue the hearing on the Motions to September 5, 2006.  The briefing schedule will not be modified: any opposition papers

790288.1                                                                 1

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

PDF created with pdfFactory trial version www.pdffactory.com

to be filed by Plaintiffs will continue to be due on or before August 7, 2006 (and to be electronically served on or before August 4, 2006), and any reply papers to be filed by Defendants will continue to be due on or before August 14, 2006.

IT IS SO STIPULATED:

DATED: July 18, 2006

THELEN REID & PRIEST LLP
By: /s/ Charles M. Dyke
CHARLES M. DYKE
Attorneys for Plaintiffs
JEFF EVANSON; LES OESTERREICH;
and KAREN O'BRINE

DATED: July 18, 2006

VELIKANJE MOORE & SHORE, PS

By: /s/ James C. Carmody
JAMES C. CARMODY
Attorneys for Defendant
WILLIAM J. PRICE

DATED: July 18, 2006

PILLSBURY, WINTHROP, SHAW, PITTMAN LLP

By: /s/ Michael J. Daponde
MICHAEL J. DAPONDE
Attorneys for Defendant
MARY ELLEN BREEN, in her capacity as the personal representative of the estate and as the beneficiary of DENNIS J. BREEN

DATED: July 18, 2006

DOWNEY BRAND LLP

By: /s/ Cassandra M. Ferrannini
CASSANDRA M. FERRANNINI
Attorneys for Defendant
THOMAS WATSON

**IT IS SO ORDERED:**
DATED: July 24, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

790288.1

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

PDF created with pdfFactory trial version www.pdffactory.com