DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
CASSANDRA M. FERRANNINI (Bar No. 204277)
KAREN D. BETTENCOURT (Bar No. 232933)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
THOMAS WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF EVANSON, LES OESTERREICH, and KAREN O'BRINE, trustees of the Transhumance Employee Stock Ownership Plan,<br><br>          Plaintiffs,<br><br>v.<br><br>WILLIAM J. PRICE; MARY ELLEN BREEN, in her capacity as the personal representative of the estate and as the beneficiary of DENNIS J. BREEN, deceased; THOMAS WATSON, and DOES 1-20,<br><br>          Defendants. | Case No.  2:06-cv-00795-GEB-KJM<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT WATSON TO RESPOND TO SECOND AMENDED COMPLAINT** |

Having duly considered Defendant Watson's Ex Parte Application for an Extension of Time to Respond to Plaintiffs' Second Amended Complaint and the Declaration of Cassandra M. Ferrannini in support thereof:

IT IS SO ORDERED that Defendant Watson shall have up to and including November 1, 2006 to respond to Plaintiffs' Second Amended Complaint.

DATED:  October 11, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

806448.1

1

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com