| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | GREG L. JOHNSON  132397 |
| 2 | MICHAEL J. DAPONDE  204283 |
|   | CARRIE L. BONNINGTON  227570 |
| 3 | 400 Capitol Mall, Suite 1700 |
|   | Sacramento, CA  95814-4419 |
| 4 | Telephone:  (916) 329-4700 |
|   | Facsimile:  (916) 441-3583 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | MARY ELLEN BREEN, in her capacity as the personal |
|   | representative of the estate and as the beneficiary of |
| 7 | DENNIS J. BREEN, Deceased |

8   TRUCKER HUSS, APC
    R. BRADFORD HUSS  71303
9   ROBERT F. SCHWARTZ  227327
    CLARISSA A. KANG  210660
10  120 Montgomery Street, 23rd Floor
    San Francisco, CA  94104-4326
11  Telephone:  (415) 788-3111
    Facsimile:  (415) 421-2017
12
    Attorneys for Defendant
13  WILLIAM J. PRICE

14  THELEN REID & PRIEST LLP
    CHARLES M. DYKE  183900
15  YI-YI CHANG  228558
    101 Second Street, Suite 1800
16  San Francisco, CA  94105-3606
    Telephone: (415) 371-1200
17  Facsimile:  (415) 371-1211

18  Attorneys for Plaintiffs JEFF EVANSON,
    LES OESTERREICH, and KAREN O'BRINE, trustees of
19  the Transhumance Employee Stock Ownership Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

700546911v1
Case No. 2:06-cv-00795-GEB-KJM

- 1 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR DEFENDANTS TO RESPOND
TO SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| JEFF EVANSON, LES OESTERREICH, and KAREN O'BRINE, trustees of the Transhumance Employee Stock Ownership Plan,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WILLIAM J. PRICE; MARY ELLEN BREEN, in her capacity as the personal representative of the estate and as the beneficiary of DENNIS J. BREEN, deceased; THOMAS WATSON,<br><br>　　　　　　Defendants. | Case No. 2:06-cv-00795-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS MARY ELLEN BREEN AND WILLIAM J. PRICE TO RESPOND TO SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974** |

　　　　Pursuant to Eastern District of California Local Rule 6-144(a), Plaintiffs Jeff Evanson, Les Oesterreich and Karen O'Brine, trustees of the Transhumance Employee Stock Ownership Plan ("Plaintiffs"), and Defendants Mary Ellen Breen ("Breen") and William J. Price ("Price") by and through their respective counsel, hereby stipulate and agree as follows:

　　　　WHEREAS, on October 2, 2006, Breen and Price received notice of this Court's denial of their motions to dismiss Plaintiffs' Second Amended Complaint for Violations of the Employee Retirement Income Security Act of 1974 ("Second Amended Complaint");

　　　　WHEREAS, Breen and Price's responses to the Second Amended Complaint are due on or before October 16, 2006;

　　　　WHEREAS, Plaintiffs, Breen and Price agree to extend the time for Breen and Price to file a response to the Second Amended Complaint;

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs, Breen and Price as follows:

　　　　1.　　Breen and Price shall have up to and including October 23, 2006 to respond to the Second Amended Complaint.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: October __, 2006
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    GREG L. JOHNSON
2     MICHAEL J. DAPONDE
    CARRIE L. BONNINGTON
3     400 Capitol Mall, Suite 1700
    Sacramento, CA  95814-4419

4

5

6     By _____
    Greg L. Johnson
    Attorneys for Defendant MARY ELLEN BREEN, in her
7     capacity as the personal representative of the estate and as
    the beneficiary of DENNIS J. BREEN, Deceased

8

9  Dated: October __, 2006
    TRUCKER HUSS, APC
    R. BRADFORD HUSS
10     ROBERT F. SCHWARTZ
    CLARISSA A. KANG
11     120 Montgomery Street, 23rd Floor
    San Francisco, CA  94104-4326

12

13

14     By _____
    Robert F. Schwartz
    Attorneys for Defendant WILLIAM J. PRICE

15

16

17 Dated: October __, 2006
    THELEN REID & PRIEST LLP
    CHARLES M. DYKE
    YI-YI CHANG
18     101 Second Street, Suite 1800
    San Francisco, CA  94105-3606

19

20

21     By _____
    Charles M. Dyke
    Attorneys for Plaintiff
22     JEFF EVANSON, LES OESTERREICH, and KAREN
    O'BRINE, trustees of the Transhumance Employee Stock
23     Ownership Plan

24

**IT IS SO ORDERED:**

25

DATED: October 11, 2006

26     /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.

27

    United States District Judge

28

700546911v1      - 3 -      STIPULATION AND [PROPOSED] ORDER
Case No. 2:06-cv-00795-GEB-KJM      EXTENDING TIME FOR DEFENDANTS TO RESPOND
     TO SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Docket No. 2:06-cv-00795-GEB-KJM |
| 2 | <u>PROOF OF SERVICE BY MAIL</u> |

3    I, _____, the undersigned, hereby declare as follows:

4    1.   I am over the age of 18 years and am not a party to the within cause.  I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Sacramento, California.

6    2.   My business address is 400 Capitol Mall, Suite 1700, Sacramento, CA 95814-4419.

8    3.   I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

13   4.   On October 11, 2006, at 400 Capitol Mall, Suite 1700, Sacramento, California, I served a true copy of the attached document(s) titled exactly **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS MARY ELLEN BREEN AND WILLIAM J. PRICE TO RESPOND TO SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974** by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Charles Martin Dyke
Yi-Yi Yi-Ju Chang
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3601

R. Bradford Huss
Robert F. Schwartz
Clarissa A. Kang
Trucker Huss
120 Montgomery Street, 23rd Floor
San Francisco, CA  94104-4398

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| 2 | James C. Carmody<br>Kevan T. Montoya<br>Velikanje Moore & Shore, P.S. |
| 3 | 405 East Lincoln Avenue<br>P.O. Box 22550 |
| 4 | Yakima, WA  98901 |
| 5 | Daniel J. Coyle<br>Cassandra M. Ferrannini |
| 6 | Karen Bettencourt<br>Downey Brand LLP |
| 7 | 555 Capitol Mall, 10th floor<br>Sacramento, CA  95814 |
| 8 | |

   I declare under penalty of perjury that the foregoing is true and correct.  Executed this __nd day of October 2006, at Sacramento, California.

                                                                    _____

700546911v1     - 2 -     PROOF OF SERVICE
Case No. 2:06-cv-00795-GEB-KJM

PDF created with pdfFactory trial version www.pdffactory.com