IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF EVANSON; LES OESTERREICH;       )
and KAREN O'BRINE, trustees of       )
the Transhumance Employee Stock      )
Ownership Plan,                      )
                                     )        2:06-cv-0795-GEB-KJM
                 Plaintiffs,         )
                                     )
     v.                              )        ORDER
                                     )
WILLIAM J. PRICE; MARY ELLEN         )
BREEN, in her capacity as the        )
personal representative of the       )
estate and as the beneficiary of     )
DENNIS J. BREEN, deceased; and       )
THOMAS WATSON,                       )
                                     )
                 Defendants.         )
_____)

On December 15, 2006, the parties filed a "Joint
Stipulation Re Good Cause to Modify Certain Dates in Scheduling
Order" ("Stipulation") in which they "seek a . . . modification to
the existing scheduling order to accommodate a fair resolution of
this [action] through an efficient mediation." (Stipulation at 1.)
Specifically, the parties seek to have their expert disclosure,
discovery completion, and law and motion deadlines continued. (Id.
at 2.)

1    Since the parties stipulate to having the referenced

2  portions of the Status (Pretrial Scheduling) Order ("Status Order")

3  modified, and the modifications can be made in a manner that will

4  not adversely affect the Court's docket, the good cause issue will

5  not be reached.  Although the Stipulation only requested

6  modification of the referenced deadlines, granting the parties'

7  requested changes will affect subsequent prescribed dates in the

8  Status Order.  Thus, to accommodate the parties' request, certain

9  subsequently prescribed dates will also be modified.

10    Therefore, the Status Order is modified as follows:

11    (1)  Each party shall comply with Federal Rule of Civil

12  Procedure 26(a)(2)'s initial expert witness disclosure and report

13  requirements on or before April 6, 2007, and with the rebuttal expert

14  disclosures authorized under the Rule on or before May 7, 2007;

15    (2)  discovery shall be completed by August 7, 2007;

16    (3)  the last hearing date for motions shall be October 9,

17  2007, at 9:00 a.m.; and

18    (4)  the final pretrial conference is set for December 3,

19  2007, at 11:00 a.m.[1]

20    IT IS SO ORDERED.

21  DATED: December 20, 2006

22

23  _____
   GARLAND E. BURRELL, JR.

24  United States District Judge

25  _____

26    [1]  Accommodating the parties' requested modifications to the
   Status Order necessarily reduces the amount of time between the trial
27  commencement date of January 15, 2008, and the final pretrial
   conference. Because of this reduction, it is unlikely that a settlement
28  conference supervised by a federal judge will be scheduled in this
   action.