DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
CASSANDRA M. FERRANNINI (Bar No. 204277)
ELIZABETH B. STALLARD (Bar No. 221445)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
THOMAS WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF EVANSON, LES OESTERREICH, and KAREN O'BRINE, trustees of the Transhumance Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM J. PRICE; MARY ELLEN BREEN, in her capacity as the personal representative of the estate and as the beneficiary of DENNIS J. BREEN, deceased; THOMAS WATSON, and DOES 1-20,<br><br>Defendants. | Case No.  2:06-cv-00795-GEB-KJM<br><br>**JOINT STIPULATION RE GOOD CAUSE TO MODIFY CERTAIN DATES IN SCHEDULING ORDER; [PROPOSED] ORDER THEREON; DECLARATION OF CASSANDRA FERRANNINI IN SUPPORT** |

The parties jointly stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure to modify the expert disclosure and discovery cut off dates detailed in the Order modifying the Status (Pretrial Scheduling) Order, dated December 20, 2006, without altering the trial, final pre-trial conference, and final motion hearing dates.  Good cause for this request exists as follows:

At the time the parties filed their initial request to modify the Pretrial Scheduling Order on December 15, 2006, they believed that the proposed modified dates would accommodate the prior resolution of two arbitrations related to the present lawsuit and presently pending before the

Honorable Read Ambler (Ret.) at JAMS. However, due to unavoidable delays in the post-arbitration briefing schedule, a decision in the arbitrations, which have been consolidated under the name *Price et al. v. Transhumance, Inc., et. al.,* JAMS Case No. 1110003110, is now not expected until mid to late March 2007.

These arbitrations, which were initiated in late 2005, address certain state-law issues relating to the obligation of one or more Transhumance companies to pay William Price and Dennis Breen (through his surviving wife, Mary Ellen Breen) certain items of compensation pursuant to the terms of the executive compensation plan that also is at issue in the present lawsuit.

When the parties submitted proposed amendments to the Status (Pretrial Scheduling) Order to this Court on December 15, 2006, Judge Ambler's ruling was scheduled to be rendered by late February 2007. After this Court modified the original Status (Pretrial Scheduling) Order, Judge Ambler approved changes to the post-arbitration briefing schedule, which served to postpone the expected time for the rendering of his ruling to mid to late March 2007. The need for the current proposed modifications simply could not have been foreseen at the time of the parties' prior request for modification.

The parties still believe that Judge Ambler's decision in the *Price v. Transhumance* arbitration will materially affect their judgment about the present lawsuit. The parties also still believe that the present lawsuit can be settled in a mediation after Judge Ambler issues his decision. In that regard, the parties have identified a mediator, the Honorable Eugene F. Lynch (Ret.), and have rescheduled the mediation before him for April 17, 2007. Because of the substantial expenditures already incurred by the parties in the arbitration, and because incurring additional expenditures prior to the mediation in order to comply with the existing deadlines under the scheduling order in the present lawsuit is likely to be wasteful, the parties and their insurer believe the responsible action at this time is to seek a relatively small modification to the existing scheduling order to accommodate a fair resolution of this matter through an efficient mediation.

///

Accordingly, the parties respectfully request that the Court modify the existing scheduling order by briefly extending the following three dates therein, as follows:

|  | Existing Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | April 6, 2007 | May 16, 2007 |
| Rebuttal Expert Disclosures | May 7, 2007 | June 15, 2007 |
| Discovery Cutoff | August 6, 2007 | September 7, 2007 |
| Last Hearing Date for Motions | October 9, 2007 | Unchanged |
| Final Pretrial Conference | December 3, 2007 | Unchanged |
| Trial Date | January 15, 2008 | Unchanged |

DATED: February ___, 2007        DOWNEY BRAND LLP

By /s/ Cassandra M. Ferrannini
     CASSANDRA M. FERRANNINI
     Attorneys for Defendant
     THOMAS WATSON

DATED: February ___, 2007        TRUCKER HUSS

By: /s/ Robert F. Schwartz
     ROBERT F. SCHWARTZ
     Attorneys for Defendant
     WILLIAM J. PRICE

| | |
|---|---|
| DATED:  February ___, 2007 | VELIKANJE MOORE & SHORE, PS |
| | By /s/ James C. Carmody |
| | JAMES C. CARMODY |
| | Attorneys for Defendant |
| | WILLIAM J. PRICE |
| | |
| DATED February ___, 2007 | PILLSBURY, WINTHROP, SHAW, PITTMAN LLP |
| | By: /s/ Greg L. Johnson |
| | GREG L. JOHNSON |
| | Attorneys for Defendant |
| | MARY ELLEN BREEN, in her capacity as the personal representative of the estate and as the beneficiary of DENNIS J. BREEN |
| DATED:  February ___, 2007 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| | By:  /s/ Charles M. Dyke |
| | CHARLES M. DYKE |
| | Attorneys for Plaintiffs |
| | JEFF EVANSON, LES OESTERREICH, and KAREN O'BRINE |

IT IS SO ORDERED.

Dated: February 23, 2007

GARLAND E. BURRELL, JR.
United States District Judge

4
JOINT STIPULATION RE GOOD CAUSE TO MODIFY CERTAIN DATES IN SCHEDULING ORDER; [PROPOSED] ORDER THEREON; DECLARATION IN SUPPORT (Case No. 2:06-00795 GEB-KJM)

## **DECLARATION OF CASSANDRA FERRANNINI**

I, Cassandra Ferrannini, declare as follows:

I am an attorney admitted to practice before this Court and in the Courts of the State of California. I am a partner with Downey Brand, LLP, counsel of record for Defendant Thomas Watson in this action. I have personal knowledge of the matters set forth herein and could and would competently testify to the truth thereof, if necessary.

Presently pending before the Honorable Read Ambler (Ret.) at JAMS are two arbitrations that have been consolidated under the name *Price et al. v. Transhumance, Inc., et. al.*, JAMS Case No. 1110003110 ("*Price v. Transhumance* arbitration").

These arbitrations are related to the present lawsuit in that they address certain state-law issues pertaining to the obligation of one or more Transhumance companies to pay William Price and Dennis Breen (through his surviving wife, Mary Ellen Breen) certain items of compensation pursuant to the terms of an executive compensation plan that also is at issue in the present lawsuit.

The parties submitted proposed amendments to the Status (Pretrial Scheduling) Order to this Court on December 15, 2006. At that time, the *Price v. Transhumance* arbitration was scheduled to be concluded by late February 2007.

Due to factors beyond the control of the parties herein, including unavoidable delays in the post-trial briefing schedule, a written decision is now expected by mid to late March 2007.

These changes to the arbitration schedule could not have been foreseen at the time of the parties' request for modification of the Status (Pretrial Scheduling) Order in December 2006.

All counsel in the present action have indicated to one another that their clients still believe that Judge Ambler's decision in the *Price v. Transhumance* arbitration will materially affect their judgment about the present lawsuit. Their clients also still believe that the present lawsuit can be settled in a mediation after Judge Ambler issues his decision.

The parties have identified a mediator, the Honorable Eugene F. Lynch (Ret.), and have rescheduled the mediation before him for April 17, 2007.

The parties and the insurance policy issuer in this case have agreed that incurring

additional expenditures in the present lawsuit prior to the mediation in order to comply with the existing deadlines under the scheduling order is likely to be wasteful.  They have further agreed that the responsible action at this time is to seek a relatively small modification to the existing scheduling order to accommodate the parties' interests in reaching a fair resolution of this case through an efficient mediation.

    I declare under penalty of perjury that the foregoing is true and correct.

February 22, 2007      /s/ Cassandra M. Ferrannini
             Cassandra M. Ferrannini